**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| FLEXICORPS, INC., et al. | |
| v. | |
| STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION and DOES 1 - 10 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

```
FILED
APRIL 11, 2008                    YM
08CV2092
JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN
```

| NAME (Type or print) |
|---|
| PHILLIP A. BOCK |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ PHILLIP A. BOCK |

| FIRM |
|---|
| BOCK & HATCH, LLC |

| STREET ADDRESS |
|---|
| 134 N. LA SALLE ST., STE 1000 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6224502 | 312-658-5500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐