IN THE UNITED STTAES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXICORPS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION and DOES 1 – 10,<br><br>　　　　　　　　　　Defendants. | FILED<br>APRIL 11, 2008      YM<br>08CV2092<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE ASHMAN |

## PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, FLEXICORPS, INC. ("Flexicorps"), the Plaintiff in this action, hereby discloses that it has no parent corporations and no entity owns more than 5% of the corporation.

Dated: _____4/10_____, 2008

By: _____[signature]_____
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Respectfully submitted,

*Counsel for Plaintiff, Flexicorps, Inc.*

*Of Counsel:*
Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle St., Ste. 1000
Chicago, IL 60602
Telephone: 312/658-5500