AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 2092**

### SUMMONS IN A CIVIL CASE

FLEXICORPS, INC., an Illinois corporation, individually, and as the representative of a class of similarly-situated persons,

V.

STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION and DOES 1 - 10

CASE NUMBER:

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Standard Parking Corporation
c/o CT Corporation System
208 S. LaSalle ST. Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Rd. Suite 760
Rolling Meadows, IL 60008

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



April 14, 2008
_____
Date

# AFFIDAVIT OF SPECIAL PROCESS SERVER

CASE NO: **08 C 2092**     CASE NAME _____

JOHN A POGVARA being first duly sworn on oath deposes and says that he was appointed by the court on _____ 20__, to serve process in the above mentioned cause and that he has served the individual named below in the manner and method as stated below:

**I INDIVIDUAL DEFENDANT(S) - PERSONAL:** That he served the within (summons and a copy of the complaint), (Citation), (Rule), _____ on the within named defendant by leaving a copy of each with the individual defendant personally, as follows:

DEFENDANT _____
ADDRESS OF SERVICE _____
DATE OF SERVICE _____
TIME OF SERVICE _____

DESCRIPTION
(a) Male, Female
(b) Ht _____
(c) Wt _____
(d) Race _____
(e) Age _____
(f) Eyes _____
(g) Hair _____

**II INDIVIDUAL DEFENDANT(S) - ABODE:** That he served the within (summons and a copy of the complaint), (Citation), (Rule), _____ on the within named defendant by leaving a copy at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upward, informing that person of its content and also by sending a copy in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his/her usual place of abode as follows:

DEFENDANT _____ PERSON WITH WHOM LEFT _____
ADDRESS OF SERVICE _____
DATE OF SERVICE _____
TIME OF SERVICE _____
DATE OF MAILING _____

DESCRIPTION
(a) Male, Female
(b) Ht _____
(c) Wt _____
(d) Race _____
(e) Age _____
(f) Eyes _____
(g) Hair _____

**III CORPORATE DEFENDANT:** By leaving a copy of **Summons** with the registered agent, officer, or agent of the corporation, as follows:

DEFENDANT CORPORATION **STANDARD PARKING CORPORATION**
REGISTERED AGENT, OFFICER, OR AGENT **CT CORPORATION Dawn Schulz**
ADDRESS OF SERVICE **208 S. LA SALLE STE. 814, CHGO, IL. 60604**
DATE OF SERVICE **4-21-08**
TIME OF SERVICE **3:15 pm.**

DESCRIPTION
(a) Male, **Female**
(b) Ht **5'5"**
(c) Wt **160**
(d) Race **C**
(e) Age **56**
(f) Eyes **—**
(g) Hair **BROWN**

IV That he was unable to serve defendant _____

*John A Pogvara* (signature)
JOHN A POGVARA
ILPD Licence No 115-000901
ILPDA Licence No 117-001137

SUBSCRIBED and SWORN to before me this **22d** day of **April**, 20**08**

*Marie C Esposito* (signature)
NOTARY PUBLIC

OFFICIAL SEAL
MARIE C. ESPOSITO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-5-2009