# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
FLEXICORPS, INC. v. STANDARD PARKING CORPORATION IL, et al.

Case Number: 08 CV 2092

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION

| | |
|---|---|
| NAME (Type or print) <br> Steven H. Gistenson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven H. Gistenson | |
| FIRM <br> Schwartz Cooper Chartered | |
| STREET ADDRESS <br> 180 N. LaSalle St., Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6192212 | TELEPHONE NUMBER <br> 312-516-4441 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |