IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXICORPS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br> v.<br>STANDARD PARKING CORPORATION IL, STANDARD PARKING CORPORATION, and DOES 1-10,<br><br>    Defendants. | No. 08 CV 2092<br><br>Judge Castillo<br><br>Magistrate Judge Ashman |

## AGREED MOTION FOR EXTENSION

Defendants, Standard Parking Corporation IL and Standard Parking Corporation, by and through its attorneys, Richard G. Schultz and Steven H. Gistenson, respectfully move, by agreement, for a twenty-eight (28) day extension of time within which to answer or otherwise plead to the "Class Action Complaint" ("Complaint") filed by Plaintiff, Flexicorps, Inc.. In support of this motion, Defendants states as follows:

  1.  The Complaint in this action was filed on or about April 11, 2008. Defendants were served with a copy of the Complaint on or about April 12, 1008.

  2.  Contemporaneously with the filing of this agreed motion, counsel for Defendants are filing their appearances on behalf of Defendants.

  3.  Defendants need additional time to investigate the allegations set forth in the Complaint and prepare the appropriate responsive pleading. Additional time is also required due to scheduling conflicts on the part of Defendants' counsel.

  4.  One of Defendants' counsel, Steven H. Gistenson, and one of Plaintiff's counsel, Brian J. Wanca, spoke by telephone on May 12, 2008. Counsel agreed to a twenty-eight (28)

482637.1 045135-41973

day extension of time for Defendants to answer or otherwise plead to the Complaint. Pursuant to the parties' agreement, Defendants' responsive pleading will be filed on June 9, 2008.

5. This motion is made in good faith and not for purposes of unreasonable delay.

WHEREFORE, Defendants, Standard Parking Corporation IL and Standard Parking Corporation, request that this Court grant this agreed motion and allow Defendants to file their responsive pleading on June 9, 2008.

Dated: May 12, 2008

>Respectfully submitted,
>
>STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION,
>
>_____s/Steven H. Gistenson_____

Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Schwartz Cooper Chartered
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-346-1300 (telephone)
312-782-8416 (facsimile)