IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXICORPS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) Plaintiff, ) ) ) v. ) STANDARD PARKING CORPORATION IL, ) STANDARD PARKING CORPORATION, and ) DOES 1-10, ) ) Defendants. ) | No. 08 CV 2092<br><br>Judge Castillo<br><br>Magistrate Judge Ashman |

**NOTICE OF MOTION**

To:   Brian J. Wanca
      Anderson + Wanca
      3701 Algonquin Road, Suite 760
      Rolling Meadows, IL 60008

PLEASE TAKE NOTICE that on May 20, 2008, at 9:45 a.m., we will appear before the Honorable Reuben Castillo, Room 2146, Dirksen Federal Building, Chicago, Illinois and then and there present **MOTION FOR EXTENSION OF TIME,** a copy of which is attached hereto and herewith served upon you.

STANDARD PARKING CORPORATION,

By: _____s/Steven H. Gistenson_____

Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Schwartz Cooper Chartered
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-346-1300 (telephone)
312-782-8416 (facsimile)

482638.1 045135-41973