IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXICORPS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>          Plaintiff,<br><br>    v.<br>STANDARD PARKING CORPORATION IL, STANDARD PARKING CORPORATION, and DOES 1-10,<br><br>          Defendants. | No. 08 CV 2092<br><br>Judge Castillo<br><br>Magistrate Judge Ashman |

**CERTIFICATE OF SERVICE**

I, Steven H. Gistenson, hereby certify that I caused a copy of the attached **APPEARANCE (3), MOTION FOR EXTENSION OF TIME** and **NOTICE OF MOTION** to be served on counsel of record by filing same in the United States District Court's ECF system for the Northern District of Illinois by electronic mail on this 12th day of May, 2008.

                                                      s/Steven H. Gistenson

Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Schwartz Cooper Chartered
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-346-1300 (telephone)
312-782-8416 (facsimile)

482635.1 045135-41973