IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLEXICORPS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STANDARD PARKING CORPORATION IL, et al., <br><br> Defendants. | No. 08 C 2092 <br><br> Ruben Castillo <br> District Court Judge <br><br> Martin C. Ashman <br> Magistrate Judge |

### DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS CLASS ACTION COMPLAINT

Defendants, Standard Parking Corporation IL and Standard Parking Corporation, by and through their attorneys, Richard G. Schultz and Steven H. Gistenson, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), hereby move to dismiss the "Class Action Complaint" ("Complaint") filed by Plaintiff, Flexicorps, Inc.. In support of this motion, Defendants state as follows:

1. Plaintiff alleges violations of the Fair and Accurate Transactions Act of 2003 ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA") (15 U.S.C. §§1681c(g), 1681n).

2. The Complaint fails to state a claim upon which relief can be granted, and it should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6), because:

   a. Plaintiff fails to allege Defendants violated Sections 1681c(g) and 1681n of the FACTA and the FCRA, as amended by the Credit and Debit Card Receipt Clarification Act of 2007 ("Clarification Act" or "Act") (P.L. 110-241, June 3, 2008).

   b. Even if Plaintiff could or would allege a violation, Plaintiff is not a "consumer" as that term is expressly defined in the FCRA, and it is not entitled to seek to impose civil liability and damages for any such violation.

   c. Plaintiff's allegations are otherwise insufficient to properly state a claim under the FACTA.

   d. Plaintiff fails to properly allege a violation of its privacy.

486468.1 045135-41973

3. In further support of this motion, Defendants submit, and incorporate herein, their "Memorandum Of Law In Support Of Defendant's Rule 12(b)(6) Motion To Dismiss Class Action Complaint," filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court grant this motion, dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(6), and grant such further relief as this Court deems just and appropriate.

Dated: June 9, 2008

Respectfully submitted,

STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION,



_____s/Steven H. Gistenson_____

Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Schwartz Cooper Chartered
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-346-1300 (telephone)
312-782-8416 (facsimile)