IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLEXICORPS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 2092 |
| v. | ) | |
| STANDARD PARKING CORPORATION IL, STANDARD PARKING CORPORATION, and DOES 1-10, | ) ) ) | Judge Castillo Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 17, 2008, at 9:45 a.m., we will appear before the Honorable Reuben Castillo, Room 2146, Dirksen Federal Building, Chicago, Illinois and then and there present **DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS CLASS ACTION COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

STANDARD PARKING CORPORATION,

By: _____s/Steven H. Gistenson_____

Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Schwartz Cooper Chartered
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-346-1300 (telephone)
312-782-8416 (facsimile)

482638.1 045135-41973