IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLEXICORPS, INC., | ) | |
| | ) | No. 08 C 2092 |
| Plaintiff, | ) | |
| | ) | Ruben Castillo |
| v. | ) | District Court Judge |
| STANDARD PARKING CORPORATION IL, | ) | |
| et al., | ) | Martin C. Ashman |
| | ) | Magistrate Judge |
| Defendants. | ) | |

### DEFENDANTS' STATUS REPORT

Defendants, Standard Parking Corporation IL and Standard Parking Corporation, by and through their attorneys, Richard G. Schultz and Steven H. Gistenson, submit this written status report pursuant to this Court's May 12, 2008 Order.

1. Plaintiff alleges violations of the Fair and Accurate Transactions Act of 2003 ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA") (15 U.S.C. §§1681c(g), 1681n).

2. On June 9, 2008, Defendants filed a motion to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Motion, Dkt. No. 19; Memorandum of Law in Support, Dkt. No. 20). This motion is set for presentment on June 17, 2008 at 9:45 a.m..

3. The Complaint fails to state a claim upon which relief can be granted, and it should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6), because:

   a. Plaintiff fails to allege Defendants violated Sections 1681c(g) and 1681n of the FACTA and the FCRA, as amended by the Credit and Debit Card Receipt Clarification Act of 2007 (P.L. 110-241, June 3, 2008).

   b. Even if Plaintiff could or would allege a violation, Plaintiff is not a "consumer" as that term is expressly defined in the FCRA, and it is not entitled to seek to impose civil liability and damages for any such violation.

   c. Plaintiff's allegations are otherwise insufficient to properly state a claim under the FACTA.

   d. Plaintiff fails to properly allege a violation of its privacy.

487028.1 045135-41973

4.  Plaintiff filed a motion for reassignment of this matter to Judge Pallmeyer on May 30, 2008 (Dkt. No. 91 in 07 C 5027). This motion was stricken on June 5, 2008 (Dkt. No. 94 in 07 C 5027). Plaintiff refilled its motion for reassignment on June 11, 2008 (Dkt. No. 97 in 07 C 5027). This motion is set for presentment on June 19, 2008 before Judge Pallmeyer.

5.  There are not discovery issues at this time. Defendants propose that discovery be stayed until the pending motion to dismiss and the pending motion for reassignment are ruled upon.

6.  There have been no settlement discussions.

Dated: June 12, 2008

           Respectfully submitted,

           STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION,


           _____s/Steven H. Gistenson_____


Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Schwartz Cooper Chartered
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-346-1300 (telephone)
312-782-8416 (facsimile)