IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLEXICORPS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | No. 08 C 2092 |
| v. | )<br>)<br>) | Judge Castillo<br>Magistrate Judge Ashman |
| STANDARD PARKING CORPORATION IL, STANDARD PARKING CORPORATION, and DOES 1–10, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## PLAINTIFF'S INITIAL STATUS REPORT

Plaintiff, FLEXICORPS, INC., by and through its attorneys, submits this Initial Status Report:

## NATURE OF THE CASE

Plaintiff has filed a putative class action suit alleging violations of the Fair and Accurate Credit Transactions Act ("FACTA") (15 U.S.C. § 1681). No counter claims have been sought. Plaintiff seeks class certification pursuant to Fed. R. Civ. P. 23 and an award of statutory liquidated damages of $1,000 for each FACTA violation.

All parties have been served.

Defendants have filed a Fed. R. Civ. P. 12(b)(6) motion alleging that the complaint has not been plead with appropriate specificity, that Plaintiff is not a consumer, and that Plaintiff has failed to allege a violation of its privacy. Plaintiff disputes these allegations and will seek a briefing schedule on these issues. In addition, Plaintiff has filed a Motion for Reassignment based on relatedness. Two other actions against the Defendants remain pending before Judge

2

Pallmeyer and have been consolidated into a combined pleading in Case No. 07 C 5027.

Plaintiff's Motion for Reassignment is scheduled for June 19, 2008 before Judge Pallmeyer.

This is a federal statutory action and Plaintiff has not requested a jury trial.

## **SETTLEMENT STATUS**

There have been no settlement discussions between the parties.

Respectfully submitted,


s/Brian J. Wanca


| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically filed the Plaintiff's Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                 s/Brian J. Wanca
                                                 Brian J. Wanca

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |
| Telephone: 847/368-1500 | Telephone: 312/658-5500 |