# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Flexicorps, Inc.

                        Plaintiff,

v.                                             Case No.: 1:08−cv−02092
                                                Honorable Ruben Castillo

Standard Parking Corporation IL, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 6/17/2008 and continued to 8/21/2008 at 9:45 a.m. Plaintiff's response to defendants' Rule 12(b)(6) motion to dismiss [19] is due on or before 7/15/2008. Defendants39; reply will be due on or before 8/5/2008. The Court will rule by mail. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.