

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: STEVEN H. GISTENSON

FIRM: DYKEMA GOSSETT, PLLC

STREET ADDRESS: 180 NORTH LaSALLE STREET

CITY/STATE/ZIP: CHICAGO, IL 60601

PHONE NUMBER: (312) 627-4600

E-MAIL ADDRESS: sgistenson@dykema.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6192212

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:06-cv-02402 | The Guarantee Title & Trust Co. v. Amerititle, Inc. | Judge Robert M. Dow, Jr. |
| 1:07-cv-05027 | Ivanov v. Standard Parking Corp., et al. | Judge Rebecca R. Pallmeyer |
| 1:07-cv-05514 | Parking Security Systems Corp. v. City of Chicago, et al. | Judge James B. Moran |

490631.1 099990-09999

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-05721 | Neomed Innovation, III L.P. v. Cytocore, Inc. | Judge Wayne R. Andersen |
| 1:08-cv-02092 | Flexicorps, Inc. v. Standard Parking Corporation, IL, et al. | Judge Ruben Castillo |

/s/ Steven H. Gistenson
Attorney's Signature

July 11, 2008
Date