# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FLEXICORPS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) No. 08 C 2092 |
| v. | )<br>) Judge Castillo |
| STANDARD PARKING CORPORA-TION IL, STANDARD PARKING CORPORATION, and DOES 1–10, | ) Magistrate Judge Ashman<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF MOTION

TO:  Steven H. Gistenson
　　　DYKEMA GOSSETT, PLLC
　　　180 North LaSalle Street
　　　Chicago, IL  60601

　　　PLEASE TAKE NOTICE that on July 22, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 of the United States District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present *Plaintiff's Motion for Leave to File Amended Complaint Substituting Jeffrey Kubas as Party Plaintiff instanter*, a copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　　s/Brian J. Wanca
　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

　　　I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　s/Brian J. Wanca

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500