# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2092 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Flexicorps, Inc, vs. Standard Parking Corporation IL, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 8/21/2008 is vacated.  Motion hearing held on 7/22/2008.  Plaintiff's motion for leave to file amended complaint substituting Jeffrey Kubas as party plaintiff, instanter [30] is granted.  Defendants' motion to dismiss [19] is denied as moot.  Defendants are given until 8/13/2008 to answer or otherwise plead to the amended complaint.  If defendants file a motion to dismiss, Plaintiff will be given until 9/12/2008 to respond to the motion to dismiss.  Defendants' reply will be due on or be 9/26/2008.  The Court will rule by mail.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|