IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. KUBAS, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 2092 |
| v. | ) | |
| STANDARD PARKING CORPORATION IL, STANDARD PARKING CORPORATION, and DOES 1-10, | ) ) ) ) | Judge Castillo Magistrate Judge Ashman |
| Defendants. | ) | |

**MOTION FOR EXTENSION**

Defendants, Standard Parking Corporation IL and Standard Parking Corporation, by and through its attorneys, Steven H. Gistenson and Jennifer Zlotow, respectfully move for a seven (7) day extension of time within which to answer or otherwise plead to the "First Amended Class Action Complaint" ("Amended Complaint") filed by Plaintiff, Jeffrey A. Kubas. In support of this motion, Defendants state as follows:

1. The Amended Complaint in this action was filed on July 22, 2008. Defendants were ordered to answer or otherwise plead by August 13, 2008.

2. One of Defendants' counsel, Steven H. Gistenson, has been involved in a preliminary injunction hearing, which began on July 18, 2008 in the matter, *Metropolitan Water Reclamation District of Great Chicago v. Terra Foundation for American Art, et. al*, Case No. 06 CH 13817. For this reason, Defendants need additional time prepare the appropriate responsive pleading and request a seven (7) day extension of time, until August 20, 2008, to file said pleading.

482637.1 045135-41973

3.      Counsel for Defendants attempted to reach Plaintiff's counsel, Brian J. Wanca, by telephone prior to filing this motion to seek his agreement, but was unsuccessful in reaching him.

4.      This motion is made in good faith and not for purposes of unreasonable delay.

WHEREFORE, Defendants, Standard Parking Corporation IL and Standard Parking Corporation, request that this Court grant this motion and allow Defendants to file their responsive pleading on August 20, 2008.

Dated: August 12, 2008

>                          Respectfully submitted,
>
>                          STANDARD PARKING CORPORATION IL and
>                          STANDARD PARKING CORPORATION,
>
>
>                          _____s/Jennifer M. Zlotow_____

Steven H. Gistenson (6192212)
Jennifer Zlotow (6280106)
Dykema Gossett PLLC
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-627-4600 (telephone)
312-627-4601 (facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY A. KUBAS, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) ) No. 08 CV 2092 |
| v. | ) |
| STANDARD PARKING CORPORATION IL, STANDARD PARKING CORPORATION, and DOES 1-10, | ) Judge Castillo ) ) Magistrate Judge Ashman ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Jennifer M. Zlotow, hereby certify that I caused a copy of the attached **DEFENDANTS' MOTION FOR EXTENSION,** to be served on counsel of record by filing same in the United States District Court's ECF system for the Northern District of Illinois by electronic mail on this 12th day of June, 2008.

                                                                                    s/Jennifer M. Zlotow

Steven H. Gistenson (6192212)
Jennifer M. Zlotow (6280106)
Dykema Gossett PLLC
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-267-4600 (telephone)
312-267-4601 (facsimile)

            CHICAGO\2494124.1
            ID\JMZ