**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY A. KUBAS, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br> STANDARD PARKING CORPORATION IL, STANDARD PARKING CORPORATION, and DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 08 CV 2092 <br><br> Judge Castillo <br><br> Magistrate Judge Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 19, 2008, at 9:45 a.m., we will appear before the Honorable Reuben Castillo, Room 2141, Dirksen Federal Building, Chicago, Illinois and then and there present **DEFENDANTS' MOTION FOR EXTENSION,** a copy of which is attached hereto and herewith served upon you.

                                                                    STANDARD PARKING CORPORATION IL and STANDARD PARKING CORPORATION,

                                                                    By: _____s/Jennifer M. Zlotow_____

Steven H. Gistenson (6192212)
Jennifer M. Zlotow (6280106)
Dykema Gossett PLLC
180 N. LaSalle St., Suite 2700
Chicago, IL 60601
312-627-4600 (telephone)
312-627-4601 (facsimile)

        CHICAGO\2494161.1
        ID\JMZ