IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. KUBAS, | ) | |
| | ) | No. 08 C 2092 |
| Plaintiff, | ) | |
| | ) | Ruben Castillo |
| v. | ) | District Court Judge |
| | ) | |
| STANDARD PARKING CORPORATION IL, | ) | |
| et al., | ) | Martin C. Ashman |
| | ) | Magistrate Judge |
| Defendants. | ) | |

**DEFENDANTS' RULE 12(b)(6) MOTION
TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants, Standard Parking Corporation IL and Standard Parking Corporation, by and through their attorneys, Richard G. Schultz, Steven H. Gistenson and Jennifer Zlotow, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), hereby move to dismiss the "First Amended Class Action Complaint" ("Amended Complaint") filed by Plaintiff, Jeffrey A. Kubas. In support of this motion, Defendants state as follows:

1.  This action was filed on April 11, 2008 by the original named plaintiff, Flexicorps, Inc. ("Flexicorps"). In its "Class Action Complaint" (Dkt. No. 1), Flexicorps alleged violations of the Fair and Accurate Transactions Act of 2003 ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA") (15 U.S.C. §§1681c(g)).

2.  On June 9, 2008, Defendants filed their "Rule 12(b)(6) Motion to Dismiss Class Action Complaint" and a supporting memorandum of law (Dkt. Nos. 19, 20) ("First Motion"). Defendants moved to dismiss on several grounds, including that Flexicorps is not a "consumer" as that term is expressly defined in the FCRA, and, therefore, Flexicorps is not entitled to seek to impose civil liability and damages for any such violation.

3.  In lieu of responding to the First Motion, on July 14, 2008, Flexicorps filed "Plaintiff's Motion for Leave to File Amended Complaint Substituting Jeffrey Kubas As Party Plaintiff, *Instanter*" (Dkt. No. 30) ("Motion for Leave").

4.  On July 22, 2008, this Court entered an order granting Flexicorps' Motion for Leave and denying Defendants' First Motion as moot (Dkt. No. 33). That same day, Plaintiff

filed the Amended Complaint (Dkt. No. 34). In the Amended Complaint, Plaintiff again alleges violations of the FACTA.

5. The Amended Complaint fails to state a claim upon which relief can be granted, and it should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6), for the following reasons:

    a. Plaintiff fails to adequately allege Defendants violated Sections 1681c(g) and 1681n of the FACTA and the FCRA;

    b. Defendants cannot willfully violate a statute that is vague and ambiguous, and Plaintiff's allegations are otherwise insufficient to state a claim; and

    c. Plaintiff fails to state a claim based on any statutory right of privacy.

6. In further support of this motion, Defendants submit, and incorporate herein, their "Memorandum Of Law In Support Of Defendant's Rule 12(b)(6) Motion To Dismiss First Amended Class Action Complaint," filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court grant this motion, dismiss the Amended Complaint with prejudice pursuant to Fed.R.Civ.P. 12(b)(6), and grant such further relief as this Court deems just and appropriate.

Dated: August 20, 2008

        Respectfully submitted,

        **STANDARD PARKING CORPORATION IL**
        and **STANDARD PARKING CORPORATION**



        s/Steven H. Gistenson
        One of their Attorneys

Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Jennifer Zlotow (6280106)
Dykema Gossett PLLC
180 North LaSalle Street
Suite 2700
Chicago, Illinois 60601
312-627-4600 (telephone)
312-627-4601 (facsimile)