IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KUBAS**, | ) | |
| | ) | No. 08 C 2092 |
| Plaintiff, | ) | |
| | ) | The Honorable |
| v. | ) | Ruben Castillo |
| | ) | District Court Judge |
| **STANDARD PARKING** | ) | |
| **CORPORATION IL**, et al., | ) | The Honorable |
| | ) | Martin C. Ashman |
| Defendants. | ) | Magistrate Judge |

### CERTIFICATE OF SERVICE

    I, Steven H. Gistenson, hereby certify that I caused a copy of the attached **DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT WITH EXHIBITS A and B,** to be served on counsel of record by filing same in the United States District Court's ECF system for the Northern District of Illinois by electronic mail on this 20th day of August, 2008.

Dated: August 20, 2008

                                                    Respectfully submitted,

                                                    **STANDARD PARKING CORPORATION IL**
                                                    and **STANDARD PARKING CORPORATION**

                                                    By: _____s/Steven H. Gistenson_____
                                                             One of their Attorneys

Richard G. Schultz (2515830)
Steven H. Gistenson (6192212)
Jennifer Zlotow (6280106)
Dykema Gossett PLLC
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
312-627-4600 (telephone)
312-627-4601 (facsimile)

483969.1 045135-39920

## SERVICE LIST

Brian J. Wanca
Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
847-368-1500
847-368-1501

Philip A. Bock
James M. Smith
Bock & Hatch, LLC
134 N. LaSalle St., Suite 1000
Chicago, IL 60602
312-658-5500

CHICAGO\2500209.1
ID\JMZ